UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL RICHARD LYNCH,<br><br>　　　　　Defendant. | Case No. 3:18-cr-00577-CRB-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

　　　The defendant is ordered released from the custody of the United States Marshal pursuant to the terms of a bond or own recognizance.

　　　**IT IS SO ORDERED.**

Dated: May 12, 2023

_____
CHARLES R. BREYER
United States District Judge

*Rev. 09-2020*