Gary S. Lincenberg - State Bar No. 123058
   glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
   rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
   mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**Defendant Stephen Chamberlain's Unopposed Administrative Motion for Leave to Exceed Page Limitations for:**<br><br>**(1) Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and**<br><br>**(2) Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory**<br><br>Assigned to Hon. Charles R. Breyer |

1 Defendant Stephen Chamberlain moves for leave to exceed the fifteen-page limit specified in Rule I.C of the Court's General Standing Order for Civil and Criminal Cases for his memoranda of points of authorities in support of two motions he is filing: (1) his Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment ("Motion to Dismiss"); and (2) his Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory as to Such Witness ("Motion to Compel").

Mr. Chamberlain respectfully requests leave to file a memorandum of points and authorities of up to twenty-five pages in support of each motion. The government does not oppose this request.

The Motion to Dismiss sets forth the factual bases for all sixteen counts at issue and the government's extensive efforts to toll the statutes of limitations for each. It calculates and addresses the timeliness of each of the sixteen counts under multiple scenarios involving different potential theories of tolling. An additional ten pages will permit Mr. Chamberlain to fully develop his arguments for dismissing each count.

The Motion to Compel is, in substance, three motions in one: (1) a motion to compel the government to secure Mr. Knight's appearance at trial, (2) in the alternative, a motion for Mr. Knight's deposition pursuant to Rule 15(a), and (3) a request for the issuance of letters rogatory. An additional ten pages will permit Mr. Chamberlain to set forth the legal authorities and factual support for all three motions and will remove the necessity of filing them separately.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

For these reasons, Mr. Chamberlain respectfully requests that the Court enter an order permitting him to file memoranda of points and authorities of up to twenty-five pages in length in support of the Motion to Dismiss and the Motion to Compel.

DATED: September 29, 2023

Gary S. Lincenberg
Ray S. Seilie
Michael C. Landman
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  /s/ Gary S. Lincenberg
         Gary S. Lincenberg
         Attorneys for Defendant Stephen Keith Chamberlain

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**[Proposed] Order**<br><br>Assigned to Hon. Charles R. Breyer |

The Court has reviewed Defendant Stephen Chamberlain's Unopposed Administrative Motion for Leave to Exceed Page Limitations for (1) Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory (the "Administrative Motion"). Finding good cause, the Court GRANTS the Administrative Motion. Mr. Chamberlain is permitted to file memoranda of points and authorities of up to twenty-five pages in support of (1) his Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) his Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory.

IT IS SO ORDERED.

DATED: _____

The Honorable Charles R. Breyer
United States District Judge