Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
    mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>    Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**Joint Stipulation Requesting Court Order for Deposition of Poppy Gustafsson, Lisa Harris, and Matt Stephan Pursuant to Federal Rule Of Criminal Procedure 15(a)(1); [Proposed] Order**<br><br>Assigned to Hon. Charles R. Breyer |

**STIPULATION**

WHEREAS, on September 2, 2023, Mr. Chamberlain's counsel informed the government that Mr. Chamberlain intended to file applications to depose Lisa Harris and Poppy Gustafsson in the United Kingdom pursuant to Federal Rule of Criminal Procedure 15(a)(1) ("Rule 15");

WHEREAS, on September 23, 2023, the government informed defense counsel that it intended to file an application to depose Matthew Stephan in Australia pursuant to Rule 15;

WHEREAS, Ms. Harris and Ms. Gustafsson are citizens and residents of the United Kingdom, and Mr. Stephan is a citizen and resident of Australia, and are therefore outside the subpoena power of this Court;

WHEREAS, Ms. Harris, Ms. Gustafsson, and Mr. Stephan have all indicated that they would not voluntarily travel to the United States to testify at a trial in this matter;

WHEREAS, Mr. Chamberlain believes that extraordinary circumstances and the interests of justice support the taking of a Rule 15 deposition of Lisa Harris, a former Autonomy finance team member who reported directly to Mr. Chamberlain during times relevant to this case, because her testimony in the matter captioned *ACL Netherlands BV et al. v. Lynch et al.*, Claim No. HC-2015-001324 in the United Kingdom (the "UK Civil Case"), indicates that the she will be able to provide relevant, exculpatory testimony in support of Mr. Chamberlain's defense;

WHEREAS, Mr. Chamberlain believes that extraordinary circumstances and the interests of justice support the taking of a Rule 15 deposition of Poppy Gustafsson, a former Deloitte auditor and Autonomy finance team member who reported directly to Mr. Chamberlain during times relevant to this case, because her testimony in the matter captioned *ACL Netherlands BV et al. v. Lynch et al.*, Claim No. HC-2015-001324 in the United Kingdom (the "UK Civil Case"), indicates that the she will be able to provide relevant, exculpatory testimony in support of Mr. Chamberlain's defense, including, but not limited to, testimony on revenue recognition issues related to sales to Value Added Resellers ("VARs"), hybrid-hosting contracts, hardware sales. She is also copied on emails that the Government may use to suggest were indicative of Mr. Chamberlain's criminal intent and, based on her testimony in the UK Civil Case, Mr. Chamberlain believes she will provide testimony that is exculpatory as to him.

WHEREAS, the government believes that extraordinary circumstances and the interests of justice supporting the taking of a Rule 15 deposition of Matthew Stephan because, as demonstrated by his testimony in the *Hussain* trial, he was an Autonomy finance team member who reported directly to Mr. Chamberlain, was familiar with sales to VARs, and attributes to Mr. Chamberlain statements indicative of Mr. Chamberlain's knowledge and criminal intent;

WHEREAS, Mr. Chamberlain believes that the Court has the authority under 28 U.S.C. § 1781(a)(2) and its inherent authority to issue letters rogatory to enforce its Rule 15 order. *United States v. Staples*, 256 F.2d 290, 292 (9th Cir. 1958).

WHEREAS, the undersigned have met and conferred regarding all three proposed Rule 15 depositions and agree that the Court should find that extraordinary circumstances and the interests of justice support those depositions;

WHEREAS, to the extent necessary, Mr. Chamberlain will seek, and the government will not oppose, the issuance of letters rogatory to compel the attendance of Ms. Gustafsson or Ms. Harris at a Rule 15 deposition;

WHEREAS, Dr. Lynch is not a party to this stipulation, but does not oppose issuance of the order for these depositions and otherwise reserves his right to oppose any other request for a Rule 15 deposition of other witnesses on any grounds;

THEREFORE, the undersigned stipulate and agree, and respectfully request that the Court should order the following:

1. That, due to exceptional circumstances and in the interest of justice, the parties may depose Lisa Harris and Poppy Gustafsson in the United Kingdom, and Matthew Stephan in Australia, pursuant to Federal Rule of Criminal Procedure 15(a)(1), at dates and times to be further negotiated by the parties;

2. That the parties may use all or part of the deposition as provided by the Federal Rules of Evidence, as set forth in Federal Rule of Criminal Procedure 15(f); and

3. That if the parties are unable to secure the voluntary appearance of either Ms. Harris or Ms. Gustafsson at a deposition, the Court will issue the appropriate letters rogatory pursuant to 28 U.S.C. § 1781(a)(2) requesting that the UK government and/or the Australian

government, respectively, compel their testimony, upon further application by the parties.

DATED: September 29, 2023

Patrick Robbins
Attorney for the United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

By: _____/s/ Robert S. Leach_____
Robert S. Leach
Adam A. Reeves
Assistant United States Attorneys

DATED: September 29, 2023

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____/s/ Gary S. Lincenberg_____
Gary S. Lincenberg
Ray S. Seilie
Michael C. Landman
Attorneys for Defendant
Stephen Keith Chamberlain

## ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur with the filing's content and have authorized the filing.

_____/s/ Gary S. Lincenberg_____
Gary S. Lincenberg

**[PROPOSED] ORDER**

This **CAUSE** having come before the Court upon the parties' Joint Stipulation Requesting Court Order for Deposition of Poppy Gustafsson, Lisa Harris, and Matt Stephan Pursuant to Federal Rule Of Criminal Procedure 15(a)(1). After due consideration of the joint stipulation and the governing law:

**IT IS HEREBY ORDERED** that the Joint Stipulation is **GRANTED**, that that Poppy Gustafsson, Lisa Harris, and Matt Stephan are Ordered to Appear for a Deposition Pursuant to Federal Rule Of Criminal Procedure 15(a)(1), and that, to the extent necessary, the Court will issue Letters Rogatory to enforce the Court's Order.

**IT IS SO ORDERED.**

Dated: _____

Hon. Charles R. Breyer
United States District Judge