# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | [~~Proposed~~] **Order** |
| vs. | Assigned to Hon. Charles R. Breyer |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | |
| Defendants. | |

The Court has reviewed Defendant Stephen Chamberlain's Unopposed Administrative Motion for Leave to Exceed Page Limitations for (1) Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory (the "Administrative Motion"). Finding good cause, the Court GRANTS the Administrative Motion. Mr. Chamberlain is permitted to file memoranda of points and authorities of up to twenty-five pages in support of (1) his Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) his Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory.

IT IS SO ORDERED.

DATED: October 3, 2023

_____
The Honorable Charles R. Breyer
United States District Judge