1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cr-00577-CRB |
| Plaintiff, | Judge: Hon. Charles Breyer |
| vs. | [~~PROPOSED~~] **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED]** ORDER

The Court GRANTS the motion and ORDERS that Defendant Lynch's release conditions be modified to allow him to leave his home from 9:00 am to 9:00 pm. All other conditions shall remain the same.

DATED: November 16, 2023

_____
Honorable Charles R. Breyer
United States District Court Judge
Northern District of California