1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States,
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   ROBERT S. LEACH (CABN 196191)
5  ADAM A. REEVES (NYBN 2363877)
   KRISTINA GREEN (NYBN 5226204)
6  ZACHARY G.F. ABRAHAMSON (CABN 310951)
   Assistant United States Attorneys
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
9       Fax: (415) 436-7234
        E-mail: robert.leach@usdoj.gov
10
   Attorneys for United States of America
11
                        UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO DIVISION
14

15  UNITED STATES OF AMERICA,            )  CASE NO. 18-CR-577 CRB
                                         )
16          Plaintiff,                   )  **UNITED STATES' SUPPLEMENTARY**
                                         )  **BILL OF PARTICULARS**
17      v.                               )
                                         )
18  MICHAEL RICHARD LYNCH, and           )
    STEPHEN KEITH CHAMBERLAIN,           )
19                                       )
            Defendants.                  )
20                                       )
                                         )
21

22          On October 8, 2023, the United States filed a Voluntary Bill of Particulars (Document 230)

23  ("Bill of Particulars").   The Bill of Particulars is incorporated by reference herein except as

24  supplemented or revised as follows:

25                          *    *    *    *    *

26  **I.      COUNTS ONE THROUGH SIXTEEN**

27          **C.      Sales**

28

SUPPLEMENTARY BILL OF PARTICULARS          1
18-CR-577 CRB

The government will adduce evidence regarding all alleged sales by Autonomy for the ten (10) quarter period from Q1 2009 through Q2 2011 including, but not limited to, the following transactions:

| Quarter | Description | Approximate Amount (in millions) |
|---|---|---|
| Q1 2009 | Bank of America | 9.204 |
| | Capax Discovery (EDD) | 7.5 |
| | Verdasys | 5.25 |
| | MicroLink | 3.01 |
| | | |
| Q2 2009 | Video Monitoring Services | 8.57 |
| | JP Morgan | 6.438 |
| | MicroLink | 5.43 |
| | EMC | 4.75 |
| | MicroLink | 4.58 |
| | Integracion | 3.66 |
| | Morgan Stanley | 6.00 |
| | | |
| Q3 2009 | MicroLink | 4.91 |
| | Pfizer | 4.5 |
| | Capax Discovery/Kraft Foods Global | 4.00 |
| | Citigroup | 18.58 |
| | JP Morgan | 10.68 |
| | Bloomberg | 7.13 |
| | Morgan Stanley | 1.26 |
| | | |
| Q4 2009 | Morgan Stanley | 12.00 |
| | MicroTech/Discover Technologies | 9.52 |
| | Filetek | 8.00 |
| | Capax Discovery/Eli Lilly and Company | 5.99 |
| | MicroTech/Morgan Stanley | 4.66 |
| | Capax Discovery (EDD) | 4.00 |
| | Charles Schwab | 3.4 |
| | AS Computadoras y Servicios/Secretaria de Gobernacion | 2.62 |
| | Vidient Systems | 2.50 |
| | MicroLink/Discover Technologies | 2.30 |
| | Sales Consulting/Poste Italiane | 2.25 |
| | The Goldman Sachs Group | 2.015 |
| | MicroTech/Honeywell Aerospace | 1.80 |
| | Morgan Stanley | 5.90 |
| | Credit Suisse | 4.25 |
| | SHI | 1.03 |
| | | |
| Q1 2010 | MicroTech/Biblioteca Apostolica Vaticana (Vatican Library) | 11.00 |
| | Bank of America | 8.915 |
| | Filetek | 8.50 |
| | Discover Technologies/CitiGroup Technology | 5.50 |
| | Capax Discovery/Financial Services Authority | 4.29 |
| | Discover Technologies/Philip Morris International Management | 4.19 |
| | Mercedes-Benz Grand Prix | 1.60 |
| | Morgan Stanley | 5.29 |
| | SHI | 5.22 |

| | | | |
|---|---|---|---|
| | | Fannie Mae | 1.28 |
| | | | |
| 2 | Q2 2010 | BP | 13.524 |
| | | JP Morgan | 8.7 |
| | | MetLife | 7.025 |
| | | Tottenham Hotspur | 6.24 |
| | | BNP | 2.683 |
| | | Realise Limited/Credit Suisse Securities | 1.99 |
| | | Auxilium Tech/Biblioteca Apostolica Vaticana (Vatican Library) | 1.90 |
| | | SHI | 20.12 |
| | | Insight | 5.25 |
| | | Metro Business Systems | 4.46 |
| | | Morgan Stanley | 0.69 |
| | | JP Morgan | 0.54 |
| | | | |
| | Q3 2010 | FileTek/United States Veterans Administration Authority | 10.00 |
| | | Capax Discovery/Bank of America - Amgen | 9.00 |
| | | EMC | 5.01 |
| | | Mattel | 3.709 |
| | | Citadel | 3.695 |
| | | Xcel Energy | 3.150 |
| | | Red Ventures/Various end users | 2.75 |
| | | Bank of America | 2.726 |
| | | Vidient Systems | 2.00 |
| | | Zones | 12.21 |
| | | Morgan Stanley | 5.65 |
| | | SHI | 3.96 |
| | | Insight | 2.43 |
| | | Metro Business Systems | 2.18 |
| | | Bank of NY Mellon | 0.20 |
| | | | |
| | Q4 2010 | Prisa | 9.49 |
| | | Discover Technologies/Bank of America | 7.00 |
| | | Tikit/KPMG | 6.16 |
| | | Video Monitoring Services (Hardware) | 6.05 |
| | | Video Monitoring Services (Software) | 4.75 |
| | | MicroTech/US Department of the Interior | 4.00 |
| | | Discover Technologies/Bank of America | 3.50 |
| | | Ahold | 2.815 |
| | | Bank of America | 1.95 |
| | | Capax Discovery/Defense Knowledge Online | 1.95 |
| | | Capax Discovery/Merrill Lynch - Bank of America | 1.66 |
| | | Zones | 8.58 |
| | | SHI | 8.54 |
| | | Morgan Stanley | 6.26 |
| | | JP Morgan | 1.73 |
| | | Bank of NY Mellon | 1.35 |
| | | Amulet Hotkey | 1.09 |
| | | Insight | 0.22 |
| | | | |
| | Q1 2011 | Capax Discovery/UBS | 8.00 |
| | | Deutsche Bank | 7.1 |
| | | Tottenham Hotspur | 6.40 |

| | | | |
|---|---|---|---|
| 1 | | Morgan Stanley | 5.00 |
| | | Capax Discovery/McAfee | 5.00 |
| 2 | | MicroTech LLC | 3.86 |
| | | Discover Technologies/Prisa | 3.60 |
| 3 | | MicroTech/Bank of Montreal | 2.88 |
| | | Johnson & Johnson | 2.287 |
| 4 | | Discover Technologies/ThinkTech | 1.80 |
| | | BBC Monitoring | 1.69 |
| 5 | | Capax Discovery (EDD) | 1.60 |
| | | SHI | 12.28 |
| 6 | | Amulet Hotkey | 4.03 |
| | | Bank of NY Mellon | 3.16 |
| 7 | | Insight | 0.38 |
| | | JP Morgan | 0.16 |
| 8 | | | |
| 9 | Q2 2011 | Iron Mountain | 16.5 |
| | | Discover Technologies/Abbott Laboratories | 8.61 |
| 10 | | Capax Discovery/UBS | 7.66 |
| | | MicroTech/Hewlett Packard | 7.00 |
| 11 | | MetLife | 5.50 |
| | | Discover Technologies/Hyatt/Dell | 5.33 |
| 12 | | National Bank of Canada | 3.00 |
| | | JP Morgan | 2.574 |
| 13 | | Rand | 2.25 |
| | | Serious Fraud Office | 2.36 |
| 14 | | Play | 1.83 |
| | | Apple | 1.84 |
| 15 | | Capax Discovery/Defense Knowledge Online | 1.95 |
| | | SHI | 8.80 |
| 16 | | JP Morgan | 5.69 |
| | | Bank of NY Mellon | 3.14 |
| 17 | | Amulet Hotkey | 2.28 |
| | | Insight | 0.83 |

As the records in the Prior Proceedings reveal, the transactions identified above often involve multiple inter-related transactions combining, for example, software sales and accelerated hosting deals, hardware sales and marketing expenses for alleged new products (like SPE), and a variety of complex reciprocal deals with customers and so-called value-added resellers (VARs).  The defendants have notice of these inter-related transactions from the Prior Proceedings and the government will not adduce Detailed Evidence of specific sales beyond those identified above without providing supplemental notice as described below unless the evidence contained in the government's final Exhibit List demonstrates Direct Involvement by either defendant.

*    *    *    *    *

G.      "Organic Growth"

The government will adduce evidence about Autonomy's misleading disclosures about "organic growth" in 2009-2011 based, in part, on misleading claims that Autonomy's historical growth in total revenue reflected growth in sales of Autonomy's principal product, IDOL, when, in fact, the total revenue grew mostly from revenue acquired by Autonomy through corporate acquisitions between 2000 and 2011 that was mischaracterized as revenue from sales of IDOL.

*     *     *     *     *

II.     COUNT SEVENTEEN

In compliance with the Court's order severing Count Seventeen from the trial of the pending indictment, the United States hereby revises the entirety of Section II of the Bill of Particulars as follows:

Broadly, the government will not seek to adduce evidence of facts and circumstances after approximately October 2011, when HP's acquisition of Autonomy was consummated.  There will be exceptions, however.  Those exceptions will be for percipient witnesses and other evidence evaluating or discussing Autonomy during the relevant period of 2009-2011 after-the-fact.  For example, these exceptions include, but are not limited to, ASL's restatement and the testimony of Christopher Yelland, Antonia Anderson, John Schultz, Joel Scott, Steven Brice, and possibly others.  The United States intends to make a motion *in limine* with regard to these exceptions and seek the Court's prior approval before adducing evidence relating to events occurring after the October 2011.  The government expects the defendants to do the same.

*     *     *     *     *

//

//

//

//

//

//

//

SUPPLEMENTARY BILL OF PARTICULARS              5
18-CR-577 CRB

1   DATED:  December 18, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,


PATRICK D. ROBBINS
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

*/s/ Adam A. Reeves*

ROBERT S. LEACH
ADAM A. REEVES
KRISTINA GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys