| | |
|---|---|
| 1 | Jonathan Matthew Baum (SBN: 303469) |
| | **STEPTOE LLP** |
| 2 | One Market Street |
| | Steuart Tower, Suite 1070 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (510) 735-4558 |
| 4 | jbaum@steptoe.com |
| 5 | Reid H. Weingarten |
| | Brian M. Heberlig |
| 6 | Michelle L. Levin |
| | Nicholas P. Silverman |
| 7 | Dwight J. Draughton |
| | Drew C. Harris |
| 8 | **STEPTOE LLP** |
| | 1114 Avenue of the Americas |
| 9 | New York, NY 10036 |
| | Telephone: (212) 506-3900 |
| 10 | |
| 11 | *Attorneys for Defendant* |
| | *MICHAEL Richard LYNCH* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. : 3 : 18-cr-00577-CRB |
| Plantiff, | Judge: Hon. Charles Breyer |
| vs. | **NOTICE OF CHANGE OF FIRM NAME** |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | Date: January 9, 2024 |
| Defendants. | Court: Courtroom 6 – 17th Floor |
| | Trial Date: March 18, 2024 |

**YOU ARE HEREBY GIVEN NOTICE** that with respect to the above-captioned matter, effective December 6. 2023, the firm name of **Steptoe & Johnson LLP** was changed to:

**STEPTOE LLP**

The address and telephone number will remain the same:

> One Market Plaza
> Steuart Tower, 10th Floor, Suite 1070
> San Francisco, CA 94105
> Telephone: (415) 365-6700

Please update your records accordingly.

DATED: January 9, 2024

    Respectfully submitted,

    By   /s/ Jonathan M. Baum

    Jonathan Matthew Baum (SBN: 303469)
    STEPTOE LLP
    One Market Street
    Steuart Tower, Suite 1070
    San Francisco, CA 94105
    Telephone: (510) 735-4558
    jbaum@steptoe,com

    Reid H. Weingarten
    Brian M. Heberlig
    Michelle L. Levin
    Nicholas P. Silverman
    Dwight J. Draughton
    Drew C. Harris
    STEPTOE LLP
    1114 Avenue of the Americas
    New York, NY 100036
    Telephone: (212) 506-3900

    *Attorneys for Defendant*
    *MICHAEL R. LYNCH*